Form 30stathg

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215−2414**

In Re:  John Michael McCaffrey

           Debtor(s)

SSN/TAX ID:
      xxx−xx−4389

Case No.: 2:14−bk−52726

Chapter:  13

Judge:   John E. Hoffman Jr.

### NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

Notice is hereby given that a status conference will be held at:

**ADDRESS:**  By Telephone−Columbus Office, U.S. Bankruptcy Court, Columbus, OH

**DATE:**     8/15/16

**TIME:**     10:00 AM

     **TO CONSIDER AND ACT ON THE FOLLOWING MATTERS** and transact such other business as may properly come before the Court:

The Court, having reviewed the joint status report filed by the parties in connection with the Debtors objection to claim of Ohio Department of Taxation, hereby schedules a telephonic status conference before the Hon. John E. Hoffman, Jr. on August 15, 2016 at 10:00 a.m. Parties shall provide Kristie Vickers, Courtroom Deputy (614/469−7704 or kristie_vickers@ohsb.uscourts.gov), with their respective telephone numbers by no later than August 11, 2016. The Court will initiate the call. Due to other Court matters scheduled before or near the same time, a telephonic status conference may be delayed. Counsel shall remain available until contacted by the Court.

**No unauthorized cellular phones, cameras, recording devices, weapons, pagers or other portable electronic devices are permitted on the court's premises.**

Dated: May 17, 2016

                         FOR THE COURT:
                         Kenneth Jordan
                         Clerk, U.S. Bankruptcy Court