**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: <br>    Michael McCaffrey <br><br><br>                        Debtor | Case No. <u>14-52726</u> <br><br> Judge: <u>HOFFMAN</u> <br><br> Chapter: 13 |

**NOTICE OF CHANGE OF ADDRESS**

NAME OF PARTY TO BE CHANGED:    Debtor;    Michael McCaffrey


FORMER ADDRESS:    4687 Sahalee Drive
                                                Grove City, OH 43123


NEW ADDRESS:    6269 Brookmeade Circle
                                        Grove City, Ohio 43123

DATE: Monday, October 03, 2016    */s/ Michael A. Cox*
                                                                Michael A. Cox (0075218)
                                                                Attorney for Debtor
                                                                Guerrieri & Cox
                                                                2500 North High Street, Ste. 100
                                                                Columbus, OH 43202
                                                                (614) 267-2871

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the above Notice of Change of Address is served via ECF to the U.S. Trustee on Monday, October 03, 2016.

                                                                */s/ Michael A. Cox*
                                                                Michael A. Cox (0075218)
                                                                Attorney for Debtor